# EXHIBIT A

**GRANTED WITH COMMENTS**

**The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.**

Lily W Oeffler

**Lily W. Oeffler**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br><br>100 Jefferson County Parkway<br>Golden, Colorado 80401 | |
| Plaintiff: Edward J. Bertagnolli<br><br>Defendants: Ali Majd, and Elite Auto Service & Auto Body, Inc., a Colorado Corporation | ▲ **COURT USE ONLY** ▲ |
| Attorneys for Plaintiff:<br>Patrick J. Kanouff, #26121<br>Jennifer A. Tiedeken, #42674<br>DAVIS & CERIANI, P.C.<br>Suite 400, Market Center<br>1350 Seventeenth Street<br>Denver, CO 80202<br>Telephone: (303) 534-9000<br>pkanouff@davisandceriani.com<br>jtiedeken@davisandceriani.com | Case No.: 2011CV2737<br><br>Div.: 1 Ctrm: 5E |

**[PROPOSED] ORDER RE: PLAINTIFF'S FORTHWITH MOTION FOR SUMMARY JUDGMENT**

The Court, having reviewed the above-captioned Motion, and having been fully advised on the premises, hereby finds and orders that:

1. The relief requested in the above-captioned motion is GRANTED;

2. Damages are entered in the amount of amount of $23,000, plus interest at eight per cent per annum ($2,606), plus $46,000 in treble damages, pursuant to C.R.S. § 12-29-106, plus reasonable costs and attorneys' fees, to be determined pursuant to C.R.C.P. 121 1-22(2).

3. Plaintiff is ordered to set a hearing to be held on the amount of reasonable attorneys' fees, in accordance with C.R.C.P. 121 1-22(2) promptly upon receipt of this Order.

DONE this _____ day of _________, 2011.

BY THE COURT:

________________________________

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Jefferson County District Court 1st JD

**Judge:** Lily Oeffler

**File & Serve Transaction ID:** 43265004

**Current Date:** Mar 27, 2012

**Case Number:** 2011CV2737

**Case Name:** BERTAGNOLLI, EDWARD J vs. MAJD, ALI et al

**Court Authorizer:** Lily Oeffler

---

**Court Authorizer Comments:**

On March 22, 2012, this Court held a status conference to determine why Defendant had not responded to discovery requests or participated in mediation. Defense Counsel represented his client intended to file bankruptcy. As no suggestion of bankruptcy has been filed, the Court proceeds with the present motion. Due to the approaching trial date, the Court informed the parties that any motions would be treated on a forthwith basis and that the nonmoving party would have 48 hours to respond. More than 48 hours has elapsed since Plaintiff filed his motion, and no response has been filed. Accordingly, based upon Defendant's repeated refusal to participate in mediation and Defendant's failure to respond to the Motion within the allocated period of time, the Court deems the Motion confessed. As such, the Court finds in favor of Plaintiff and GRANTS the motion for summary judgment.

**/s/ Judge Lily Oeffler**