# EXHIBIT B

| | | | |
|---|---|---|---|
| | **GRANTED WITH COMMENTS** | **The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.** | Lily W Oeffler<br>**Lily W. Oeffler**<br>**Jefferson District Court Judge**<br>DATE OF ORDER INDICATED ON ATTACHMENT |

| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, STATE OF COLORADO<br><br>100 Jefferson County Parkway<br>Golden, Colorado 80401 | |
| Plaintiff: Edward J. Bertagnolli<br><br>Defendants: Ali Majd, and Elite Auto Service & Auto Body, Inc., a Colorado Corporation | ▲ **COURT USE ONLY** ▲ |
| Attorneys for Plaintiff:<br>Patrick J. Kanouff, #26121<br>Jennifer A. Tiedeken, #42674<br>DAVIS & CERIANI, P.C.<br>Suite 400, Market Center<br>1350 Seventeenth Street<br>Denver, CO 80202<br>Telephone: (303) 534-9000<br>pkanouff@davisandceriani.com<br>jtiedeken@davisandceriani.com | Case No.: 2011CV2737<br><br>Div.: 1 Ctrm: 5E |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

**C.R.C.P. 121 §1-15 Conferral: The undersigned has not conferred with opposing counsel due to the nature of the relief requested.**

Plaintiff Edward J. Bertagnolli, by his attorneys, Davis & Ceriani, P.C., respectfully submits the following Motion for Attorney Fees and Costs pursuant to C.R.C.P. 121, section 1-22:

## I. BACKGROUND

On March 27, 2012, the Court granted Plaintiff's Forthwith Motion for Summary Judgment ("MSJ"). The Court entered damages in the amount of $23,000, plus interest at eight per cent per annum ($2,606), plus $46,000 in treble damages, plus reasonable costs and attorney's fees to be determined pursuant to C.R.C.P. 121 § 1-22. Thereafter, on March 28,

2012, Defendant Ali Majd filed for bankruptcy.[1] To Plaintiff's knowledge, Defendant Elite Auto Service & Auto Body, Inc. did not and has not subsequently filed for bankruptcy. Plaintiff submits this Motion for Costs and Attorney's Fees pursuant to the Court's Order.

## II. ARGUMENT

### A. Fee Award Pursuant to Colo. Rev. Stat. § 13-21-109(6)

C.R.S. § 13-21-109(6) provides: "[i]n any civil action brought under this section, the prevailing party may recover court costs and reasonable attorney fees." In evaluating Plaintiff's MSJ, the Court granted the relief requested by Plaintiff, including reasonable costs and attorneys' fees. Plaintiff is, therefore, entitled to recover his reasonable attorneys' fees. Pursuant to C.R.C.P. 121 § 1-22(b), Plaintiff has attached as Exhibit A and A-1 the Affidavit of Patrick J. Kanouff and supporting documents, which detail the amount of fees sought (through March 27, 2012) and the method by which those fees were calculated, including evidence of the attorneys' time spent on behalf of Plaintiff, and the reasonableness of the fees.

### B. Costs

Colorado law is well settled that expenses are recoverable if they are "reasonably necessary for the development of the case in light of the facts known to counsel at the time" the expense was incurred. *See Cherry Creek School Dist. v. Voelker*, 859 P.2d 805, 813-14 (Colo. 1993). All of the costs submitted by the Plaintiff meet this standard. These expenses include, but are not limited to, service fees (C.R.S. § 13-16-122; *see also, Gutierrez v. Bussey*, 837 P.2d 272, 276 (Colo. App. 1992)), docket fees (C.R.S. § 13-16-122(a)), electronic filing charges (*Parker v. USAA*, 216 P.3d 7, 14 (Colo. App. 2007); *Harvey v. Farmers Ins. Exch.,* 983 P.2d 34, 41 (Colo. App. 1998); *Cherry Creek Sch. Dist. No. 5. v. Voelker*, *supra*; *Am. Water Dev., Inc. v.*

[1] The Court informed Plaintiff that, due to Defendant Majd's bankruptcy proceeding, it considered this case stayed. Plaintiff files this Motion as it pertains to Defendant Elite Auto Service & Auto Body, Inc. and to ensure that Plaintiff abides by the time limits set forth in C.R.C.P. 121, section 1-22.

*City of Alamosa*, 874 P.2d 352, 390 (Colo. 1994)), copy expenses (C.R.S. § 13-16-122), and postage (*Am. Water Dev., Inc. v. City of Alamosa*, 874 P.2d 352, 390 (Colo. 1994). Furthermore, C.R.S. § 13-21-109(6) provides that the prevailing party may recover court costs. Plaintiff has attached his Bill of Costs hereto as Exhibit B.

**C. Summary of Fees and Costs Requested**

| **Description** | **Exhibit** | **Amount** |
|---|---|---|
| Davis & Ceriani Fees | A and A-1 | $4,174.50 |
| Costs | B | $702.26 |
| **TOTAL** | | **$4,876.76** |

**D. Hearing Not Necessary**

C.R.C.P. 121 1-22(2)(c) permits any party affected by the motion for attorney fees to request a hearing. Although the Order requests Plaintiff to set a hearing pursuant to C.R.C.P. 121, section 1-22, Plaintiff does not believe a hearing is necessary. Plaintiff has submitted all required documentation with this Motion. Therefore, Plaintiff does not request a hearing at this time.

DATED this 17th day of April, 2012.

DAVIS & CERIANI, P.C.

*s/Jennifer A. Tiedeken*
Patrick J. Kanouff
Jennifer A. Tiedeken
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of April, 2012, a true and correct copy of the foregoing was served via Lexis/Nexis File and Serve to the following:

Richard A. Hernandez, Esq.
John W. Tinder II, Esq.
HERNANDEZ TINDER, LLP
11971 Quay Street
Broomfield, Colorado 80020
E-mail: jnylaw2010@gmail.com

*s/Jennifer A. Tiedeken*
Jennifer A. Tiedeken

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Lily Oeffler |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 43736530 |
| **Current Date:** | Jun 05, 2012 |
| **Case Number:** | 2011CV2737 |
| **Case Name:** | BERTAGNOLLI, EDWARD J vs. MAJD, ALI et al |
| **Court Authorizer:** | Lily Oeffler |

**Court Authorizer Comments:**

Upon no objection from Defendants and no request for a hearing by any party in this matter, the Court GRANTS the Motion for Attorneys' Fees as the fees were reasonable and necessary in the prosecution of the claims.

**/s/ Judge Lily Oeffler**