# EXHIBIT G

DAVIS & CERIANI PC
ATTORNEYS AT LAW

Gary J. Ceriani
Michael P. Cillo
Patrick J. Kanouff
Valeri S. Pappas
Edward R. Gorab
Scott W. Wilkinson
Melissa J. Hessler
Joseph M. Sellars
Kate O. Lively
Andy J. Rottman
Rick G. Davis *(Of Counsel)*

May 5, 2011

***Via United States Certified Mail***

Elite Auto Service & Auto Body, Inc.
7300 West 120th Avenue
Broomfield, Colorado 80020

Dear Sirs:

With respect to check no. 2016, dated March 28, 2011, made payable to Ed Bertagnolli in the amount of $23,000 and drawn on North Valley Bank (a copy of which is attached), be advised that the subject check was not paid upon its presentment. As a result, our client, Ed Bertagnolli, is owed $23,000. If the total amount due ($23,000) is not paid to Mr. Bertagnolli within fifteen (15) days after the date this notice was given, you (the maker) may be liable in a civil action for **three times the face amount of the check**, but not less than $100 and that, in such civil action, the court may **award court costs and reasonable attorney fees** to the prevailing party.

We urge you to promptly pay the $23,000 due to Mr. Bertagnolli within the prescribed period above in order to avoid further action of this firm.

~~Very Truly~~ Yours,

Patrick J. Kanouff

PJK/jcb
Cc: Ed Bertagnolli

1350 Seventeenth Street | Suite 400, Market Center | Denver, CO 80202
tel 303-534-9000 | fax 303-534-4618 | www.davisandceriani.com

EXHIBIT A