**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**Honorable Howard R. Tallman**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 12-15764 HRT** |
| **ALI ANVARI MAJD,** | ) | **Chapter 7** |
| **Debtor.** | ) | |
| | ) | |
| **EDWARD J. BERTAGNOLLI,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Adversary No. 12-1400 HRT** |
| **v.** | ) | |
| | ) | |
| **ALI ANVARI MAJD,** | ) | |
| **Defendant.** | ) | |

**JUDGMENT**

This case comes before the Court on the *Plaintiff's Status Report and Renewed Motion for Judgment on the Pleadings* (docket #47) (the "Motion").

The issues have been determined and a decision has been rendered. In accordance with the Order issued by this Court concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that Judgment shall hereby enter against the Defendant and in favor of Plaintiff finding that the judgment of the District Court, Jefferson County, State of Colorado, entered in Case No. 2011CV2737 is a nondischargeable debt under 11 U.S.C. § 523(a)(4).

Dated this 11th day of September, 2013.

FOR THE COURT:

Kelley J. Sweeney, Acting Clerk

By: /s/ Tom Lane
Deputy

APPROVED AND ACCEPTED:

By: Howard Tallman
Howard R. Tallman, Chief Judge
United States Bankruptcy Court